UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FROEDTERT SOUTH, INC.,

        Petitioner,

vs.

CHRISTOPHER STONE,

        Respondent.

Case No.

---

## PETITION TO CONFIRM ARBITRATION AWARD

Petitioner Froedtert South, Inc., by and through its attorneys, Michael Best & Friedrich LLP, for its Petition to Confirm Arbitration Award against Respondent Christopher Stone, alleges as follows:

### THE PARTIES

1. Petitioner Froedtert South, Inc. ("Froedtert South" or "Petitioner") is a Wisconsin nonstock corporation with its principal place of business at 6308 8th Ave., Kenosha, WI 53143.

2. Respondent Christopher Stone ("Stone" or "Respondent") is an individual and citizen of the state of Florida who, upon information and belief, resides at 322 Magnolia Dr., Clearwater, FL 33756.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Venue is proper pursuant to 9 U.S.C. § 9 and 28 U.S.C. § 1391(b) because this is United States court in and for the district within which such award was made and here the

arbitration locale was set in Kenosha, Wisconsin and the arbitration agreement permits entry of judgment in any court of competent jurisdiction. (Ex. 1 at 12, § 8.2).

## FACTS

### Arbitration Agreement and Agreement Selecting Arbitrator

5. Attached as **Exhibit 1** is a true and correct copy of the arbitration agreement between the parties. The arbitration agreement is on page 12, section 8.2 of the Stone's Physician Employment Agreement.

6. Attached as **Exhibit 2** is a true and correct copy of a July 31, 2020 letter from the American Arbitration Association evidencing the parties' agreement to select Mark A. Frankel as Arbitrator. Also attached as Exhibit 2 is Arbitrator Frankel's General Arbitrator Oath Form and Notice of Compensation Arrangements.[1]

### Award and Interim Awards

7. Attached as **Exhibit 3** is a true and correct copy of the December 6, 2023 Final Award, issued by Arbitrator Frankel through the American Arbitration Association Employment Arbitration Tribunal in the arbitration captioned *Froedtert South, Inc. v. Christopher Stone*, AAA Case No. 01-20-0005-3701 (the "**Award**"). The Award awards Froedtert South final judgment and a reasonable attorneys' fee award totaling $2,270,908 in full settlement of all claims and counterclaims submitted to arbitration.

8. Attached as **Exhibit 4** is a true and correct copy of the September 27, 2023 Second Interim Award of Arbitrator issued by Arbitrator Frankel.

---

[1] Attorney Deborah Krukowski of Krukowski Law Group S.C. represented Froedtert South at the outset of the Arbitration; Froedtert South's counsel subsequently became Adam Witkov and Daniel Vaccaro of Michael Best & Friedrich LLP.

9. Attached as **Exhibit 5** is a true and correct copy of the July 11, 2023 Interim Award of Arbitration, issued by Arbitrator Frankel.

### Documents Submitted Regarding Stone's Motion to Modify Interim Award

10. Attached as **Exhibit 6** is a true and correct copy of Stone's July 31, 2023 Notice of Motion and Motion to Modify Interim Award.

11. Attached as **Exhibit 7** is a true and correct copy of Stone's July 31, 2023 Brief in Support of Stone's Motion to Modify Interim Award.

12. Attached as **Exhibit 8** is a true and correct copy of Froedtert South's August 11, 2023 Response to Stone's July 11, 2023 Motion to Modify Interim Award and Froedtert South's Motion to Strike Portions of Stone's Motion to Modify Interim Award.

13. Attached as **Exhibit 9** is a true and correct copy of the August 29, 2023 Order on Respondent's Motion to Modify Interim Award and Complainant's Motion to Strike Portions of Respondent's Motion issued by Arbitrator Frankel.

### Supplemental Briefing on Froedtert South's Attorney Fee Petition
### Pursuant to Arbitrator's Second Interim Award

14. Attached as **Exhibit 10** is a true and correct copy of Froedtert South's September 29, 2023 Supplemental Submission on Attorney Fee Petition pursuant to the Second Interim Award.

15. Attached as **Exhibit 11** is a true and correct copy of Stone's October 4, 2024 Response to Froedtert South's Supplemental Submission on Attorney Fee Petition pursuant to the Second Interim Award.

### Other Relevant Facts

16. The Award has not been vacated under 9 U.S.C. § 10.

17. The Award has not been modified or corrected under 9 U.S.C. § 11.

18. Pursuant to 9 U.S.C. § 9, Petitioner Froedtert South has brought this action within one year after the Award was made on December 6, 2023.

# COUNT I
## Confirm Arbitration Award Under the Federal Arbitration Act

19. Froedtert South realleges and incorporates by reference all paragraphs above.

20. The parties entered into a valid and enforceable agreement to arbitrate.

21. The parties agreed to select Mark A. Frankel as the arbitrator and arbitrated the matter before Arbitrator Mark A. Frankel of the American Arbitration Association Employment Arbitration Tribunal.

22. On December 6, 2023, Arbitrator Mark A. Frankel through the American Arbitration Association Employment Arbitration Tribunal in the arbitration captioned *Froedtert South, Inc. v. Christopher Stone*, AAA Case No. 01-20-0005-3701 issued the Award in the arbitration.

23. The parties agreed in the arbitration agreement that a judgment shall be entered upon the award made pursuant to the arbitration.

24. By reason of the foregoing, the Court should issue an order confirming the arbitration Award attached as Exhibit 1 and direct that judgment be entered thereupon.

**WHEREFORE**, Petitioner Froedtert South, Inc., requests that this Court:

A. Issue an order pursuant to 9 U.S.C. § 9 confirming the arbitration Award attached as Exhibit 1 by Arbitrator Mark A. Frankel of the American Arbitration Association Employment Arbitration Tribunal on December 6, 2023;

B. Enter judgment thereon pursuant to 9 U.S.C. § 13;

C. Award Froedtert South post-judgment interest;

D. Award Froedtert South its attorneys' fees, costs, and expenses under section 8.3 of Stone's Physician Employment Agreement;

E.  Award Froedtert South such other and further relief as this Court deems just and proper.

Dated: December 20, 2023.  **MICHAEL BEST & FRIEDRICH LLP**

By: */s/ Adam E. Witkov*
Adam E. Witkov, WI Bar No. 1066529
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: 414.271.6560
Facsimile: 414.277.0656
Email: aewitkov@michaelbest.com

*Attorneys For Petitioner Froedtert South, Inc.*