# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

FROEDTERT SOUTH, INC.,

               Petitioner,

v.

CHRISTOPHER STONE,

               Respondent.

Case No. 23-CV-1702-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner Froedtert South, Inc.'s petition to confirm the arbitration award, ECF No. 1, be and the same is hereby **GRANTED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Respondent Christopher Stone's motion to vacate or modify the arbitration award, ECF No. 16/24, be and the same is hereby **DENIED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Arbitration Award of December 6, 2023, be and the same is hereby **CORRECTED** to reflect that Petitioner Froedtert South, Inc. is entitled to $1,300,333.92 in damages;

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Arbitration Award of December 6, 2023, be and the same is hereby **CONFIRMED as corrected**; Respondent Christopher Stone shall pay to Petitioner Froedtert South, Inc. the sum of $1,300,333.92 in damages together with $922,066.47 for its attorneys' fees; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **TERMINATED**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

February 7, 2025   s/ *Jodi L. Malek*
Date   By: Deputy Clerk